B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Nevada**

In re **KILEY RANCH COMMUNITIES**, Debtor

Case No. **BK-N-10-53393**
Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 10,176,164.00 | | |
| B - Personal Property | YES | 3 | $ 60,358,728.30 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $ 44,657,359.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 146,984.73 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 14,234,914.31 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 14 | $ 70,534,892.30 | $ 59,039,258.07 | |

B6A (Official Form 6A) (12/07)

In re: __KILEY RANCH COMMUNITIES_____,  Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 674.6 ACRES OF DEVELOPABLE LAND IN SPARKS, NV (SEE ATTACHED LIST) **OWNED BY KILEY RANCH LLC and LAZY FIVE CO. | Fee Owner | | $10,000,000.00 | $45,098,038.35 |
| AP#083-830-04 5.225 ACRES WITH STONE HOUSE IN SPARKS, NV | None | | $ 176,164.00 | $ 440,679.32 |
| | | Total ➤ | $10,176,164.00 | |

(Report also on Summary of Schedules)

KILEY RANCH COMMUNITIES
BK-N-10-53393

✳ Debtor holds an option to purchase the following parcels owned by Kiley Ranch LLC and Lazy Five Co., all serving as collateral for the Colonial Bank loans

| # | PARCEL # | LOCATION | OWNER | ACRES |
|---|---|---|---|---|
| 1 | 083-023-25 | W side apt. parcel | Lazy Five Co. | 22.101 |
| 2 | 083-023-26 | W side S of Lazy Five landscape strip | Lazy Five Co. | 2.918 |
| 3 | 083-023-27 | W side freeway setback | Lazy Five Co. | 9.393 |
| 4 | 083-023-29 | W side gas station parcel | Lazy Five Co. | 2.704 |
| 5 | 083-023-30 | W PLH N of Lazy Five landscape strip | Lazy Five Co. | 1.238 |
| 6 | 083-023-31 | W side N of Lazy Five | Lazy Five Co. | 20.680 |
| 7 | 083-023-32 | W side open space | Lazy Five Co. | 67.813 |
| 8 | 083-024-01 | NEC PLH / Sparks | Lazy Five Co. | 30.460 |
| 9 | 083-024-02 | Mid retail parcel | Lazy Five Co. | 28.399 |
| 10 | 083-024-03 | SEC PLH / Lazy Five-top retail parcel | Lazy Five Co. | 23.665 |
| 11 | 083-024-04 | East side/Lazy Five/DAP landscape bu | Lazy Five Co. | 5.335 |
| 12 | 083-024-10 | KRN east side S of Lazy Five | Kiley Ranch LLC | 77.568 |
| 13 | 083-024-14 | NEC KRN | Lazy Five Co. | 31.917 |
| 14 | 083-024-15 | SEC Lazy Five / DAP | Kiley Ranch LLC | 49.502 |
| 15 | 083-024-16 | SEC DAP / Windmill | Kiley Ranch LLC | 74.385 |
| 16 | 083-741-01 | E side N of Lazy Five freeway setback | Lazy Five Co. | 2.501 |
| 17 | 083-024-02 | E PLH N of Lazy Five landscape strip | Lazy Five Co. | 1.023 |
| 18 | 083-741-03 | Lazy Five north landscape strip | Lazy Five Co. | 0.646 |
| 19 | 083-741-04 | Lot 1 BP | Lazy Five Co. | 1.685 |
| 20 | 083-741-06 | Lot 3 BP | Lazy Five Co. | 65.970 |
| 21 | 083-741-07 | Fortunato Loop street | Lazy Five Co. | 1.514 |
| 22 | 083-741-08 | Lazy Five Parkway | Lazy Five Co. | 3.988 |
| 23 | 083-830-45 | VC North | Kiley Ranch LLC | 13.998 |
| 24 | 083-830-56 | VC North | Kiley Ranch LLC | 17.299 |
| 25 | 083-830-59 | NEC Kiley / Sparks | Kiley Ranch LLC | 6.592 |
| 26 | 083-830-69 | DAP upper Barn - Pie piece | Kiley Ranch LLC | 5.225 |
| 27 | 083-830-70 | E side WWP boundry | Kiley Ranch LLC | 16.010 |
| 28 | 083-830-73 | E of Welcome Center | Kiley Ranch LLC | 58.269 |
| 29 | 510-071-19 | School site | Kiley Ranch LLC | 8.120 |
| 30 | 510-071-20 | E of South school site | Kiley Ranch LLC | 23.718 |

Total acres                                                                 674.636

Total value of property listed, per bank appraisal     $   10,000,000.00

1

B6B (Official Form 6B) (12/07)

In re  **KILEY RANCH COMMUNITIES** _____ ,  Case No. _____
                               Debtor                                                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WELLS FARGO BANK<br>5340 KIETZKE LANE<br>RENO, NEVADA 89511 | | 132,028.30 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | CAV INVESTMENTS (LANDLORD)<br>10625 DOUBLE R. BLVD.<br>RENO, NEVADA 89451 | | 9,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | VALUE INCLUDED IN ITEM 28 | | 0.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  KILEY RANCH COMMUNITIES                                    ,        Case No. _____
                                    Debtor                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each | | CAUSES OF ACTION AGAINST COLONIAL BANK/BB&T CO., FOR VARIOUS LENDER LIABILITIES AND RELATED CLAIMS-PENDING IN 2ND JUDICIAL DISTRICT COURT-CASE # CV09-02753- EST ON DAMAGES | | 60,200,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | KILEY RANCH TRADEMARK | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | FURNITURE, EQUIPTMENT, COMPUTER HARDWARE AND SOFTWARE AT KRC OFFICE AND WELCOME CENTER | | 17,700.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **KILEY RANCH COMMUNITIES**                                     ,     Case No. _____
                                Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _2_ continuation sheets attached    Total ▶ | | $60,358,728.30 |

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

B6D (Official Form 6D) (12/07)

In re  KILEY RANCH COMMUNITIES                                      ,         Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CASHMAN EQUIPMENT<br>3300 ST ROSE PARKWAY<br>HENDERSON, NV  89052 | | | Judgment Lien<br>09/08/2009 SUBCONTRACTOR'S MECHANIC'S LIEN RECORDED AGAINST 674.6 ACRES IN SPARKS,NV<br><br>VALUE $0.00 | | | | 3,185.13 | 0.00 |
| ACCOUNT NO.<br>COLONIAL BANK/BB&T CO.<br>2330 S. VIRGINIA STREET<br>RENO, NEVADA  89502 | X | | Deed of Trust<br>4/13/07-NOTES SECURED BY FIRST DEED OF TRUST ON 674.6 ACRES, SPARKS, NEVADA PLUS FDIC LOSS SHARE AGREEMENT<br><br>VALUE $10,000,000.00 | | | | 42,596,658.92 | 6,519,331.78 |
| ACCOUNT NO.<br>GRANITE CONSTRUCTION CO.<br>1900 GLENDALE AVENUE<br>SPARKS, NV  89431 | | | Statutory Lien<br>10/10/09-SUBCONTRACTOR'S MECHANIC'S LIEN FOR UNPAID LABOR, MATERIALS AND/OR EQUIPMENT RENTAL<br><br>VALUE $0.00 | | | | 8,928.33 | 0.00 |
| ACCOUNT NO.<br>GREAT BASIN READY MIX INC.<br>3110 W. CHEYENNE #100<br>NORTH LAS VEGAS, NV  89032 | | | Statutory Lien<br>11/19/09-SUBCONTRACTOR'S MECHANIC'S LIEN RECORDED AGAINST REAL PROPERTY 674.6 ACRES IN SPARKS, NV<br><br>VALUE $0.00 | | | | 4,516.00 | 0.00 |

  3   continuation sheets
      attached

                          Subtotal ▸                                     $ 42,613,288.38   $ 6,519,331.78
                          (Total of this page)

                          Total ▸                                        $                  $
                          (Use only on last page)

                                                                         (Report also on Summary of   (If applicable, report
                                                                         Schedules)                    also on Statistical
                                                                                                       Summary of Certain
                                                                                                       Liabilities and
                                                                                                       Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **KILEY RANCH COMMUNITIES** _____ , Case No. _____
                                         Debtor                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JENSEN PRECAST<br>625 BERGIN WAY<br>SPARKS, NV 89431 | | | VARIOUS SUBCONTRACTOR'S MECHANIC'S LIENS RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br><br>VALUE $0.00 | | | | 53,305.52 | 0.00 |
| ACCOUNT NO.<br>KILEY LIVING TRUST<br>DAVID & CAROL KILEY TTEES<br>5040 RHINE WINE DRIVE<br>SPARKS, NV 89436 | | | Deed of Trust<br>7/3/07-NOTE SECURED BY FIRST DEED OF TRUST ON 5 ACRES, SPARKS, NV<br><br>VALUE $176,164.00 | | | | 440,679.32 | 0.00 |
| ACCOUNT NO.<br>MOUNTAIN WEST EXCAVATION<br>7955 SUGAR PINE COURT #200<br>RENO, NV 89523 | | | 08/27/2009<br>Statutory Lien<br>08/27/2009 GENERAL CONTRACTOR'S MECHANICS LIEN RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br><br>VALUE $0.00 | | | | 482,084.87 | 0.00 |
| ACCOUNT NO.<br>NORTHERN NEVADA CONCRETE<br>235 MOONSHINE CIRCLE<br>RENO, NV 89523 | | | 10/26/2009<br>Statutory Lien<br>GENERAL CONTRACTOR'S MECHANIC'S LIENS RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br><br>VALUE $0.00 | | | | 112,529.73 | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)     $ 1,088,599.44   $ 0.00

Total ➤
(Use only on last page)   $             $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)- Cont.

In re  KILEY RANCH COMMUNITIES                             ,          Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>OLDCASTLE PRECAST, INC.<br>P.O. BOX 727<br>PLEASONTON, CA 94566 | | | 07/31/2009<br>Statutory Lien<br>SUBCONTRACTORS MECHANIC'S LIEN RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br>VALUE $0.00 | | | | 8,552.28 | 0.00 |
| ACCOUNT NO.<br>RENO CONCRETE, INC.<br>P.O. BOX 34210<br>RENO, NV 89523 | | | 04/13/2010<br>Statutory Lien<br>SUBCONTRACTOR'S MECHANIC'S LIEN RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br>VALUE $0.00 | | | X | 70,000.00 | 0.00 |
| ACCOUNT NO.<br>RT DONOVAN COMPANY, INC.<br>11600 PYRAMID LAKE HIGHWAY<br>SPARKS, NV 89441 | | | 10/09/2009<br>SUBCONTRACTOR'S MECHANIC'S LIEN RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br>VALUE $0.00 | | | | 6,450.92 | 0.00 |
| ACCOUNT NO.<br>SIGNATURE LANDSCAPES<br>2705 BARRON WAY<br>RENO, NV 89511 | | | 10/26/2009<br>GENERAL CONTRACTOR'S MECHANIC'S LIEN RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br>VALUE $0.00 | | | | 228,435.38 | 0.00 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▸
(Total of this page)

$ 313,438.58   $ 0.00

Total ▸
(Use only on last page)

$              $

(Report also on Summary of Schedules)  (If applicable report also on Statistical Summary of Certain Liabilities and Related Data )

B6D (Official Form 6D) (12/07)- Cont.

In re  **KILEY RANCH COMMUNITIES** _____ ,    Case No. _____
                             Debtor                                           (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>UNITED RENTALS<br>800 BENNIE LANE<br>RENO, NV 89512 | | | 10/09/2009<br>SUBCONTRACTOR'S MECHANIC'S LIEN RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br>VALUE $0.00 | | | X | 3,009.67 | 0.00 |
| ACCOUNT NO.<br>VALLEYCREST LANDSCAPE DEVELOPMENT<br>24151 VENTURA BLVD.<br>CALABASAS, CA 91302 | | | 10/27/2009<br>GENERAL CONTRACTOR'S MECHANIC'S LIEN RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br>VALUE $0.00 | | | | 189,671.35 | 0.00 |
| ACCOUNT NO.<br>WASHOE COUNTY TREASURER<br>P.O. BOX 30039<br>RENO, NV 89520-3039 | | | Statutory Lien<br>REAL PROPERTY TAX LIABILITY RECORDED AGAINST 674.6 ACRES IN SPARKS, NV<br>VALUE $10,000,000.00 | | | | 337,806.18 | 0.00 |
| ACCOUNT NO.<br>WESTERN NEVADA SUPPLY<br>P.O. BOX 1576<br>SPARKS, NV 89432 | | | VARIOUS SUBCONTRACTOR'S MECHANIC'S LIENS RECORDED AGAINST THE 674.6 ACRES IN SPARKS, NV<br>VALUE $0.00 | | | | 111,545.43 | 0.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)      $ 642,032.63 | $ 0.00

Total ➢
(Use only on last page)      $ 44,657,359.03 | $ 6,519,331.78

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

B6E (Official Form 6E) (4/10)

In re    KILEY RANCH COMMUNITIES_____,    Case No. _____
                         Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re  **KILEY RANCH COMMUNITIES** _____,  Case No. _____
                           Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>CITY OF SPARKS<br>P.O. BOX 857<br>SPARKS, NV 89432 | | | VARIOUS CLAIMS REGARDING SUPPLY OF RECLAIMED WATER TO KRC DEVELOPMENT PROJECTS | | | | 146,984.73 | 146,984.73 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)   $ 146,984.73   $ 146,984.73   $ 0.00

Total ➤
(Use only on last page of the completed Schedule E Report also on the Summary of Schedules )   $ 146,984.73

Total ➤
(Use only on last page of the completed Schedule E If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data )   $ 146,984.73   $ 0.00

B6F (Official Form 6F) (12/07)

In re  KILEY RANCH COMMUNITIES  
           Debtor

Case No. _____  
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>CAV INVESTMENTS, LLC<br>10625 DOUBLE R BLVD #200<br>RENO, NV 89521 | | | NOTES PAYABLE | | | | 11,685,591.50 |
| ACCOUNT NO<br>CITY OF SPARKS<br>P.O. BOX 857<br>SPARKS, NV 89432 | | | RECLAIMED WATER FEES | | | | 146,984.73 |
| ACCOUNT NO<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>877 MAIN STREET, SUITE 1000<br>BOISE, ID 83701 | | | UNPAID LEGAL FEES | | | | 1,150.00 |
| ACCOUNT NO<br>KILEY COMMUNITY PROPERTY TRUST<br>10625 DOUBLE R BLVD #100<br>RENO, NV 89521 | | | DEFICIENCY AFTER FORECLOSURE | | | | 2,378,100.36 |
| ACCOUNT NO<br>PLACES CONSULTING SERVICES<br>3218 DIAMOND RIDGE DRIVE<br>RENO, NV 89523 | | | GOODS/SERVICES | | | | 3,075.00 |

_1_ Continuation sheets attached

Subtotal  $ 14,214,901.59

Total  $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   KILEY RANCH COMMUNITIES                                     Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>SILVER STATE FENCE & STAIN<br>P.O. BOX 40517<br>RENO, NV 89504 | | | GOODS/SERVICES | | | | 6,624.00 |
| ACCOUNT NO<br>TETRUS BUILDING MATERIALS<br>3025 MILL STREET<br>RENO, NV 89504 | | | GOODS/SERVICES | | | | 6,088.72 |
| ACCOUNT NO<br>TITAN ELECTRICAL CONTRACTING<br>P.O. BOX 18202<br>RENO, NV 89511 | | | GOODS/SERVICES | | | | 7,300.00 |

Sheet no  1  of  1  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $  20,012.72

Total  $  14,234,914.31

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: __KILEY RANCH COMMUNITIES_____,   Case No. _____
                            Debtor                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CITY OF SPARKS<br>431 PRATER WAY<br>SPARKS, NV 89432 | RECLAIM WATER AGR-KRC HAS CONTRACTED FOR ANNUAL PURCHASE OF 471.82 AC-FT (401.82 REMAINS-70 AC FT OWNED BY KRPF @ $148K/YR (INCL $31,281 ABOVE) AND CONNECTION FEE PAYOFF @ $3255/MO AFTER 9/2011 |
| KILEY RANCH MAINTENANCE CORPORATION<br>10625 DOUBLE R. BLVD. #100<br>RENO, NV 89521 | DEFICIT SUBSIDE AGREEMENT KRC IS RESPONSIBLE FOR SHORGALL OF INCOME TO THE MAINENANCE CORP. FOR THE PURPOSE OF MAINTAINING LANDSCAPING IN THE KRN PROJECT-EST. $60K-$80K/YR |
| KILEY RANCH MASTER ASSOCIATION<br>10625 DOUBLE R. BLVD. #100<br>RENO, NV 89521 | DEFICIT SUBSIDY AGREEMENT KRC (MASTER DEVELOPER) IS RESPONSIBLE FOR SHORTFALL OF INCOME TO THE MASTER ASSOCIATION IN THE KRN PROJECT-EST. $0/YR (ASSOC. IS CURRENTLY FINANCIALLY SELF-SUFFICIENT) |
| KILEY RANCH PRESERVANCY FOUNDATION<br>C/O STACEY CROWLEY<br>P.O. BOX 305<br>SPARKS, NV 89532-0305 | IRREVOCABLE ALLOCATION OF RECLAIMED WATER-SEC. C"RECLAIMED WATER LEASE"-KRC TO SUPPLY AND PAY FOR 100 AC-FT/YR UNTIL JUNE 23,2020 (PART OF KRC RECLAIM PYMT TO THE CITY OF SPARKS-EST. $31,281/YR |
| ORR DITCH AND EXTENSIONS COMPANY<br>P.O. BOX 50404<br>SPARKS, NV 89435 | SEC 2.3 OF THE OOR DITCH REALIGHMENT AGREEMENT-DOC #33464411 WASHOE CO. RECORDS-KRC OR COS TO MAINTAIN REALIGNED ORR DITCH INCLUDING CLEANING-EST. $100K YR. |
| WATERSTONE C/O URSUS REAL ESTATE INC.<br>3000 OAK RD. 4TH FLOOR<br>WALNUT CREEK, CA 94597 | SECTION 2-C OF THE FIRST AMENDMENT TO DECLARATION OF DEVELOPMENT CC&R'S-DOC #3761120 WASHOE CO. RECORDER-KRC MUST BUILD/CAUSE TO BE BUILT THE PASEO (LANDSCAPED AREA) BETWEEN V39&V40 FOR ONETIME $100K |

B6H (Official Form 6H) (12/07)

In re: KILEY RANCH COMMUNITIES                      ,          Case No. _____
                          Debtor                                               (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MATHEW N. KILEY TRUST UTA DATED 4/1/1993 4840 WARREN WAY RENO, NV 89509 | COLONIAL BANK/BB&T CO. 2330 S. VIRGINIA STREET RENO, NEVADA 89502 |
| MEGAN L. KILEY TRUST UTA DATED 4/1/1997 5365 MISTRAL COURT RENO, NV 89511 | |
| MICHAEL P. AND KELLEE KILEY LIVING TRUST DATED 6/10/2005 1262 N. COMPTON ROAD FARMINGTON, UT 84025 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **KILEY RANCH COMMUNITIES**            Case No. _____
                   Debtor                               (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I MATTHEW KILEY, the <u>PRESIDENT</u> of the <u>Corporation</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __9/10/2010__           Signature: _/s/ Matthew Kiley_____

                                                  MATTHEW KILEY PRESIDENT
                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571.*

United States Bankruptcy Court
District of Nevada

In re:  KILEY RANCH COMMUNITIES                                              Case No

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| MATTHEW N. KILEY TRUST UTA DATED 04/01/1993 4840 WARREN WAY RENO, NV 89509 | COMMON | 33.3 PERCENT | STOCK |
| MEGAN L. KILEY TRUST UTA DATED 04/01/1997 5365 MISTRAL COURT RENO, NV 89511 | COMMOM | 33.3 PERCENT | STOCK |
| MICHAEL P. KILEY AND KELLEE KILEY LIVING TRUST DATED 06/10/2005 1262 N. COMPTON ROAD FARMINGTON, UT 84025 | COMMON | 33.3 PERCENT | STOCK |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, MATTHEW KILEY, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  9/10/2010

_____
MATTHEW KILEY, PRESIDENT, KILEY RANCH COMMUNITIES

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1