Attorney: Stephen R. Harris, Esq.
State Bar No.: 001463
Mailing Address: Belding, Harris & Petroni, LTD
417 West Plumb Lane
Reno, NV 89509
Phone Number: 775 786-7000           Fax Number: 775 786-7764
Email Address:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

**KILEY RANCH COMMUNITIES**

Case No. BK-N-10-53393

Chapter 11

Debtor

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

- ✓ Voluntary Petition (Specify reason for amendment) **Modify Nature of Business**
- ✓ Summary of Schedules
- ☐ Schedule A - Real Property
- ✓ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as Exempt
- ☐ Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
  - ☐ Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required
  - ☐ Add/change address of already listed creditor - No Fee
- ✓ Schedule G - Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Regarding Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
- ☐ Certification of Credit Counseling
- ☐ Other: _____

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 10/12/10

MATTHEW KILEY
Debtor

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition<br>Amended |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KILEY RANCH COMMUNITIES** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names). | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names). |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-1569680** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**10625 DOUBLE R BLVD.**<br>**SUITE 100**<br>**RENO, NV**<br>ZIP CODE **89521** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**WASHOE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition - Amended**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**KILEY RANCH COMMUNITIES** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number. | Date Filed. |
| Location<br>Where Filed: | Case Number. | Date Filed. |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number. | Date Filed. |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b) |
| ☐ Exhibit A is attached and made a part of this petition | **X  Not Applicable**<br>Signature of Attorney for Debtor(s)            Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition.

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

| Voluntary Petition - Amended<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**KILEY RANCH COMMUNITIES** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U S C. § 342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

X _[signature]_
Signature of Attorney for Debtor(s)

**Stephen R. Harris, Esq. Bar No. 001463**
Printed Name of Attorney for Debtor(s) / Bar No

**Belding, Harris & Petroni, LTD**
Firm Name

**417 West Plumb Lane Reno, NV 89509**
Address

**775 786-7000         775 786-7764**
Telephone Number

10/11/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _[signature]_
Signature of Authorized Individual

**MATTHEW KILEY**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

10/12/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only **one** box )

☐ I request relief in accordance with chapter 15 of Title 11, United States Code Certified Copies of the documents required by § 1515 of title 11 are attached

☐ Pursuant to 11 U S C § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition A certified copy of the order granting recognition of the foreign main proceeding is attached

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U S C § 110 )

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person. or partner whose Social-Security number is provided above

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110, 18 U S C § 156*

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of Nevada

In re  **KILEY RANCH COMMUNITIES**                              Case No.  **BK-N-10-53393**
                                    Debtor
                                                                Chapter  **11**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 10,176,164.00 | | |
| B - Personal Property | YES | 3 | $ 60,407,093.30 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $ 44,657,359.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 146,984.73 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 14,234,914.31 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 14 | $ 70,583,257.30 | $ 59,039,258.07 | |

B6B (Official Form 6B) (12/07)

In re  **KILEY RANCH COMMUNITIES**                          ,     Case No. **BK-N-10-53393**
                                   Debtor                                            (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others | | BELDING, HARRIS & PETRONI, LTD.<br>417 W. PLUMB LN<br>RENO, NEVADA<br>ADVANCE RETAINER | | 11,365.00 |
| Security deposits with public utilities, telephone companies, landlords, and others | | CAV INVESTMENTS (LANDLORD)<br>10625 DOUBLE R. BLVD.<br>SUITE 200<br>RENO, NEVADA 89451 | | 6,000.00 |
| Security deposits with public utilities, telephone companies, landlords, and others | | GUNDERSON LAW FIRM<br>3895 WARREN WAY<br>RENO, NEVADA 89509<br>ADVANCE RETAINER | | 20,000.00 |
| Security deposits with public utilities, telephone companies, landlords, and others | | KURT O. HUNSBERGER, ESQ.<br>4785 CAUGHLIN PKWY<br>RENO, NV 89520<br>ADVANCE RETAINER | | 20,000.00 |
| Security deposits with public utilities, telephone companies, landlords, and others | | WELLS FARGO BANK<br>5340 KIETZKE LANE<br>RENO, NEVADA 89511 | | 132,028.30 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | VALUE INCLUDED IN ITEM 28 | | 0.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **KILEY RANCH COMMUNITIES** ,    Case No. **BK-N-10-53393**
          Debtor                                                                                           (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | CAUSES OF ACTION AGAINST COLONIAL BANK/BB&T CO., FOR VARIOUS LENDER LIABILITIES AND RELATED CLAIMS-PENDING IN 2ND JUDICIAL DISTRICT COURT-CASE # CV09-02753- EST ON DAMAGES | | 60,200,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | KILEY RANCH TRADEMARK | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  KILEY RANCH COMMUNITIES                              ,          Case No.  BK-N-10-53393
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | FURNITURE, EQUIPTMENT, COMPUTER HARDWARE AND SOFTWARE AT KRC OFFICE AND WELCOME CENTER | | 17,700.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested  Give particulars. | X | | | |
| 33. Farming equipment and implements | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

　　　　　　　　　　　　　__2__ continuation sheets attached　　　　　Total　　　$60,407,093.30

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules.)

B6G (Official Form 6G) (12/07)

In re: __KILEY RANCH COMMUNITIES_____,    Case No. __BK-N-10-53393__
                             Debtor                                               (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CAV INVESTMENTS, LLC<br>10625 DOUBLE R BLVD. #200<br>RENO, NV 89521 | OFFICE SPACE LEASE FOR SPACE LOCATED AT 10625 DOUBLE R BLVD.<br>SUITE 200<br>LEASE FROM 8/1/2010 TO<br>8/31/2011 @ $3,000 MO<br>WITH $6,000 DEPOSIT |
| CITY OF SPARKS<br>431 PRATER WAY<br>SPARKS, NV 89432 | RECLAIM WATER AGR-KRC HAS CONTRACTED FOR ANNUAL PURCHASE OF 471.82 AC-FT (401.82 REMAINS-70 AC FT OWNED BY KRPF @ $148K/YR (INCL $31,281 ABOVE) AND CONNECTION FEE PAYOFF @ $3255/MO AFTER 9/2011 |
| KILEY RANCH MAINTENANCE CORPORATION<br>10625 DOUBLE R. BLVD. #100<br>RENO, NV 89521 | DEFICIT SUBSIDE AGREEMENT KRC IS RESPONSIBLE FOR SHORGALL OF INCOME TO THE MAINENANCE CORP. FOR THE PURPOSE OF MAINTAINING LANDSCAPING IN THE KRN PROJECT-EST. $60K-$80K/YR |
| KILEY RANCH MASTER ASSOCIATION<br>10625 DOUBLE R. BLVD. #100<br>RENO, NV 89521 | DEFICIT SUBSIDY AGREEMENT KRC (MASTER DEVELOPER) IS RESPONSIBLE FOR SHORTFALL OF INCOME TO THE MASTER ASSOCIATION IN THE KRN PROJECT-EST. $0/YR (ASSOC. IS CURRENTLY FINANCIALLY SELF-SUFFICIENT) |
| KILEY RANCH PRESERVANCY FOUNDATION<br>C/O STACEY CROWLEY<br>P.O. BOX 305<br>SPARKS, NV 89532-0305 | IRREVOCABLE ALLOCATION OF RECLAIMED WATER-SEC. C"RECLAIMED WATER LEASE"-KRC TO SUPPLY AND PAY FOR 100 AC-FT/YR UNTIL JUNE 23,2020 (PART OF KRC RECLAIM PYMT TO THE CITY OF SPARKS-EST. $31,281/YR |
| ORR DITCH AND EXTENSIONS COMPANY<br>P.O. BOX 50404<br>SPARKS, NV 89435 | SEC 2.3 OF THE OOR DITCH REALIGHMENT AGREEMENT-DOC #33464411 WASHOE CO. RECORDS-KRC OR COS TO MAINTAIN REALIGNED ORR DITCH INCLUDING CLEANING-EST. $100K YR. |
| WATERSTONE C/O URSUS REAL ESTATE INC.<br>3000 OAK RD. 4TH FLOOR<br>WALNUT CREEK, CA 94597 | SECTION 2-C OF THE FIRST AMENDMENT TO DECLARATION OF DEVELOPMENT CC&R'S-DOC #3761120 WASHOE CO. RECORDER-KRC MUST BUILD/CAUSE TO BE BUILT THE PASEO (LANDSCAPED AREA) BETWEEN V39&V40 FOR ONETIME $100K |