Timothy Lukas, Esq. (4678)
Lars K. Evensen, Esq. (8061)
**HOLLAND & HART LLP**
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600
Fax: (702) 669-4650

*Electronically filed: 10/13/2010*

*Attorneys for Bank Branch and Trust Company*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: KILEY RANCH COMMUNITIES, a Nevada Corporation,<br><br>　　Debtor, | Case No.:　10-53393-GWZ<br><br>Chapter:　11<br><br>**MOTION TO DETERMINE DEBTOR IS A SINGLE ASSET REAL ESTATE ENTITY TO WHICH 11 USC §362(d)(3) APPLIES**<br><br>**Hearing Date:　November 17, 2010**<br><br>**Hearing Time:　10:00 a.m.**<br><br>**Estimated Time: 5-Minutes** |

　　Secured Creditor Bank Branch and Trust Company ("BB&T"), by and through its attorneys, Holland & Hart LLP, hereby moves this Court to Determine the Debtor is a Single Asset Real Estate Entity as defined under 11 USC §101 (51B) to which 11 USC §362 (d)(3) applies. BB&T's motion is based on the following Memorandum of Points and Authorities, the representation made by the Debtor at the meeting of creditors, the Declaration of Lars Evensen attached hereto, the papers and pleadings on file with this Court, and any argument of Counsel this Court may entertain.

///

///

-1-

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. SUMMARY.

The nature of the Debtor's business is as a real-estate developer. The Debtor did not designate the nature of its business as a Single Asset Real Estate ("SARE") as defined under 11 USC § 101(51B). Under the Bankruptcy Code definition of a SARE and the admission and representations of the Debtor, the Debtor should have designated the nature of its business as a SARE. Consequently, this Court should determine the Debtor is a SARE. Upon finding the Debtor is designated a SARE, 11 USC §362(d)(3) applies, as a matter of law. Under 11 USC §362(d)(3) the Debtor must either: (1) file a plan of reorganization that has a reasonable possibility of being confirmed, or (2) commence monthly payments, by either November 24, 2010 or 30-days after the Court determines the Debtor is subject to 11 USC §362(d)(3), whichever is later.

BB&T asks this Court to Designate the Debtor as an SARE and set a date certain when the Debtor is subject to the requirements of 11 USC §362(d)(3).

## II. FACTS

On August 26, 2010, the Debtor filed a Chapter 11 petition for bankruptcy protection. *See* Doc. #1. In the petition, under the Nature of the Business section, the Debtor did not check the box designating it as a Single Asset Real Estate as defined in 11 USC § 101(51B).

On September 10, 2010, the Debtor filed its schedules with the Court. *See* Doc. #9. In Schedule A, the Debtor identifies a collection of some 30 properties totaling 674.6 acres, upon which the Debtor holds an option to purchase, and a Stone House consisting of 5.225 acres. For both the 674.6 acre parcels and the 5.225 acre parcel, the Debtor indicates the secured claim amount for these properties exceeds the current value (i.e. the Debtor has not equity in the properties). *See* Doc. #9.

On October 4, 2010, US Trustee conducted the §341 meeting of creditors. *See* Doc #18. At the Meeting of Creditors, the Debtor represented its business and source of revenue was generally the development of real property. *See* Declaration of Lars Evensen, ¶3 attached hereto

as **Exhibit 1** (the "Evensen Dec."). The Debtor also represented the properties, the 674.6 acres and the 5.225 acres are located near each other and are all part of the same project. *See* Evensen Dec. ¶4. It was then inquired of the Debtor why the SARE designation was not checked. *See* Evensen Dec. ¶5. In response, Debtor's counsel, indicated the Debtor would have to investigate the issue further. *See* Evensen Dec. ¶6. As of this filing, the Debtor has not addressed the SARE designation issue. *See* Court's docket generally.

**III. ARGUMENT**

Section 11 USC §101 (51B) defines the term Single Asset Real Estate. A SARE means "…real property constituting a single property or project, other than residential real property with fewer than 4 residential units, which generates substantially all of the gross income of a debtor who is not a family farmer and on which no substantial business is being conducted by a debtor other than the business of operating the real property and activities incidental."

The nature of the Debtor's business is the development of the real property and activities incidental thereto. According to the Debtor, the properties and interests in Schedule A are intended to generate substantially all of the gross income of a Debtor. Consistent with its business model, there is no dispute, the Debtor's scheduled real property, including interests therein, constitutes as a single project. Consequently, the Debtor should be designated a SARE, pursuant to 11 USC §101(51B).

Upon designating the Debtor as an SARE, as a matter of law, 11 USC §362(d)(3) applies to the Debtor. Under 11 USC §362(d)(3) the Debtor must either: (1) file a plan of reorganization that has a reasonable possibility of being confirmed or (2) commence monthly payments, by either November 24, 2010 (90-day after the Order for Relief) or 30-days after the Court determines the Debtor is subject to 11 USC §362(d)(3), whichever is later.

////
////
////

-3-

## IV. CONCLUSION

BB&T asks this Court to Designate the Debtor as an SARE and set a date certain when the Debtor is subject to the requirements of 11 USC §362(d)(3).

Dated on this 13th day of October, 2010.

HOLLAND & HART LLP

Timothy Luka, Esq. #4678
Lars K. Evensen, Esq. 8061
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
(702) 669-4600

*Attorneys for Branch Bank and Trust Co.*

-4-

## CERTIFICATE OF SERVICE

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on October 13, 2010, I served a true and correct copy of **MOTION TO DETERMINE DEBTOR IS A SINGLE ASSET REAL ESTATE ENTITY TO WHICH 11 USC §362(d)(3) APPLIES** through the Court's electronic CM/ECF system or by US mail (where indicated) as follows:

- STEPHEN R HARRIS   noticesbh&p@renolaw.biz
- U.S. TRUSTEE - RN - 11   USTPRegion17.RE.ECF@usdoj.gov
- BRIAN K WALTERS   bwalters@mpplaw.com, dbennion@mpplaw.com;mwright@mpplaw.com;kcoleman@mpplaw.com

**Manual Notice List**

| | | | |
|---|---|---|---|
| KILEY RANCH COMMUNITIES | 10625 DOUBLE R BLVD. | SUITE 100 | RENO, NV 89521 |
| CASHMAN EQUIPMENT | 3300 ST ROSE PARKWAY | HENDERSON, NV 89052 | |
| CAV INVESTMENTS, LLC | 10625 DOUBLE R BLVD #200 | RENO, NV 89521 | |
| CITY OF SPARKS | P.O. BOX 857 | SPARKS, NV 89432 | |
| DEPT. OF TAXATION | 555 E. WASHINGTON AVENUE, S | LAS VEGAS, NV 89101 | |
| GRANITE CONSTRUCTION CO. | 1900 GLENDALE AVENUE | SPARKS, NV 89431 | |
| GREAT BASIN READY MIX INC. | 3110 W. CHEYENNE #100 | NORTH LAS VEGAS, NV 89032 | |
| GUNDERSON LAW FIRM | 3895 WARREN WAY | RENO, NV 89509 | |
| HAWLEY TROXELL ENNIS & HAWL | 877 MAIN STREET, SUITE 1000 | BOISE, ID 83701 | |
| INTERNAL REVENUE SERVICE | Centralized Insolvency Operations | P. O. Box 21126 | Philadelphia, PA 19114-0326 |
| JENSEN PRECAST | 625 BERGIN WAY | SPARKS, NV 89431 | |
| KILEY COMMUNITY PROPERTY TR | 10625 DOUBLE R BLVD #100 | RENO, NV 89521 | |
| MOUNTAIN WEST EXCAVATION | 7955 SUGAR PINE COURT #200 | RENO, NV 89523 | |
| NEV. EMPLOYMENT SECURITY | 500 E. THIRD STREET | CARSON CITY, NV 89713 | |
| NEVADA LABOR COMMISSION | 675 FAIRVIEW LANE, SUITE 226 | CARSON CITY, NV 89710 | |
| NORTHERN NEVADA CONCRETE | 235 MOONSHINE CIRCLE | RENO, NV 89523 | |

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

| | | | |
|---|---|---|---|
| NV DEPARTMENT OF MOTOR VEHICLES | ATTN: LEGAL DIVISION | 855 WRIGHT WAY | CARSON CITY, NV 89711 |
| OLDCASTLE PRECAST, INC. | P.O. BOX 727 | PLEASONTON, CA 94566 | |
| PLACES CONSULTING SERVICES | 3218 DIAMOND RIDGE DRIVE | RENO, NV 89523 | |
| RENO CONCRETE, INC. | P.O. BOX 34210 | RENO, NV 89523 | |
| RT DONOVAN COMPANY, INC. | 11600 PYRAMID LAKE HIGHWAY | SPARKS, NV 89441 | |
| SIGNATURE LANDSCAPES | 2705 BARRON WAY | RENO, NV 89511 | |
| SILVER STATE FENCE & STAIN | P.O. BOX 40517 | RENO, NV 89504 | |
| TETRUS BUILDING MATERIALS | 3025 MILL STREET | RENO, NV 89504 | |
| TITAN ELECTRICAL CONTRACTING | P.O. BOX 18202 | RENO, NV 89511 | |
| UNITED RENTALS | 800 BENNIE LANE | RENO, NV 89512 | |
| VALLEYCREST LANDSCAPE DEVEL | 24151 VENTURA BLVD. | CALABASAS, CA 91302 | |
| WASHOE COUNTY TREASURER | P.O. BOX 30039 | RENO, NV 89520-3039 | |
| WESTERN NEVADA SUPPLY | P.O. BOX 1576 | SPARKS, NV 89432 | |

/s/ _____
An Employee of Holland & Hart LLP

4934599_1.DOC

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650