Timothy Lukas, Esq. (4678)
Lars K. Evensen, Esq. (8061)
**HOLLAND & HART LLP**
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600
Fax: (702) 669-4650

*Attorneys for Bank Branch and Trust Company*

*Electronically filed: 10/13/2010*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: KILEY RANCH COMMUNITIES, a Nevada Corporation,<br><br>Debtor, | Case No.:   10-53393-GWZ<br><br>Chapter:    11<br><br>**DECLARATION OF LARS EVENSEN IN SUPPORT OF MOTION TO DETERMINE DEBTOR IS A SINGLE ASSET REAL ESTATE ENTITY TO WHICH 11 USC §362(d)(3) APPLIES** |

I, Lars Evensen, declare as follows:

1.      I am Of Counsel at the law firm of Holland & Hart, LLP, over age 18, licensed to practice law in the State of Nevada, I am familiar with the *In Re: Kiley Ranch Communities, a Nevada Corporation* matter, I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently under oath to such facts.

2.      The law firm of Holland & Hart, LLP represents secured creditor Bank Branch and Trust Company ("**BB&T**" or "**Bank**") in this matter.

3.      I attend the 341 Meeting of Creditors in this matter. At the Meeting of Creditors, the Debtor represented its business and source of revenue was generally the development of real property.

-1-

4.      The Debtor also represented the properties, the 674.6 acres and the 5.225 acres are located near each other and are all party of the same project.

5.      I inquired of the Debtor why the SARE designation was not checked.

6.      In response, Debtors counsel indicated the Debtor would have to investigate the issue further.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 13, 2010.

*/s/ Lars Evensen*
Lars Evensen, Esq.

4935724_1.DOC

-2-