Timothy Lukas, Esq. (4678)
Lars K. Evensen, Esq. (8061)
**HOLLAND & HART LLP**
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600
Fax: (702) 669-4650

*Electronically filed: 10/13/2010*

*Attorneys for Bank Branch and Trust Company*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: KILEY RANCH COMMUNITIES, a Nevada Corporation,<br><br>    Debtor, | Case No.:  10-53393-GWZ<br>Chapter:  11<br><br>**NOTICE OF HEARING REGARDING MOTION TO DETERMINE DEBTOR IS A SINGLE ASSET REAL ESTATE ENTITY TO WHICH 11 USC §362(d)(3) APPLIES**<br><br>Hearing Date:  November 17, 2010<br>Hearting Time:  10:00 am. |

NOTICE IS HEREBY GIVEN that a **MOTION TO DETERMINE DEBTOR IS A SINGLE ASSET REAL ESTATE ENTITY TO WHICH 11 USC §362(d)(3) APPLIES** was filed herein by Lars K. Evensen, Esq., attorney for Bank Branch and Trust Company collectively, ("BB&T"). The motion seeks to determine The Debtor is a Single Asset Real Estate entity to which 11 USC §362(d)(3) applies. Any opposition must be filed pursuant to Local Rule 9014(d)(1):

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

-1-

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on said motion will be held before a United States Bankruptcy Judge at the C. Clifton Young Federal Building, located at 300 Booth Street, Reno, Nevada 89509 on **November 17, 2010 at 10:00 a.m.**

Dated on this 13th day of October, 2010.

HOLLAND & HART LLP

Timothy Lukas, Esq. (4678)
Lars K. Evensen, Esq. (8061)
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600
Fax: (702) 669-4650

*Attorneys for Bank Branch and Trust Company*

-2-

# CERTIFICATE OF SERVICE

I am, and was when the herein described mailing took place, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the within action; that on October 13, 2010, I served a true and correct copy of **NOTICE OF HEARING RE: MOTION TO DETERMINE DEBTOR IS A SINGLE ASSET REAL ESTATE ENTITY TO WHICH 11 USC APPLIES** through the Court's electronic CM/ECF system as follows:

- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov
- BRIAN K WALTERS    bwalters@mpplaw.com, dbennion@mpplaw.com;mwright@mpplaw.com;kcoleman@mpplaw.com

**Manual Notice List**

| | | | |
|---|---|---|---|
| KILEY RANCH COMMUNITIES | 10625 DOUBLE R BLVD. | SUITE 100 | RENO, NV 89521 |
| CASHMAN EQUIPMENT | 3300 ST ROSE PARKWAY | HENDERSON, NV 89052 | |
| CAV INVESTMENTS, LLC | 10625 DOUBLE R BLVD #200 | RENO, NV 89521 | |
| CITY OF SPARKS | P.O. BOX 857 | SPARKS, NV 89432 | |
| DEPT. OF TAXATION | 555 E. WASHINGTON AVENUE, S | LAS VEGAS, NV 89101 | |
| GRANITE CONSTRUCTION CO. | 1900 GLENDALE AVENUE | SPARKS, NV 89431 | |
| GREAT BASIN READY MIX INC. | 3110 W. CHEYENNE #100 | NORTH LAS VEGAS, NV 89032 | |
| GUNDERSON LAW FIRM | 3895 WARREN WAY | RENO, NV 89509 | |
| HAWLEY TROXELL ENNIS & HAWL | 877 MAIN STREET, SUITE 1000 | BOISE, ID 83701 | |
| INTERNAL REVENUE SERVICE | Centralized Insolvency Operations | P. O. Box 21126 | Philadelphia, PA 19114-0326 |
| JENSEN PRECAST | 625 BERGIN WAY | SPARKS, NV 89431 | |
| KILEY COMMUNITY PROPERTY TR | 10625 DOUBLE R BLVD #100 | RENO, NV 89521 | |
| MOUNTAIN WEST EXCAVATION | 7955 SUGAR PINE COURT #200 | RENO, NV 89523 | |
| NEV. EMPLOYMENT SECURITY | 500 E. THIRD STREET | CARSON CITY, NV 89713 | |
| NEVADA LABOR COMMISSION | 675 FAIRVIEW LANE, SUITE 226 | CARSON CITY, NV 89710 | |
| NORTHERN NEVADA CONCRETE | 235 MOONSHINE CIRCLE | RENO, NV 89523 | |

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

-3-

| | | | |
|---|---|---|---|
| NV DEPARTMENT OF MOTOR VEHICLES | ATTN: LEGAL DIVISION | 855 WRIGHT WAY | CARSON CITY, NV 89711 |
| OLDCASTLE PRECAST, INC. | P.O. BOX 727 | PLEASONTON, CA 94566 | |
| PLACES CONSULTING SERVICES | 3218 DIAMOND RIDGE DRIVE | RENO, NV 89523 | |
| RENO CONCRETE, INC. | P.O. BOX 34210 | RENO, NV 89523 | |
| RT DONOVAN COMPANY, INC. | 11600 PYRAMID LAKE HIGHWAY | SPARKS, NV 89441 | |
| SIGNATURE LANDSCAPES | 2705 BARRON WAY | RENO, NV 89511 | |
| SILVER STATE FENCE & STAIN | P.O. BOX 40517 | RENO, NV 89504 | |
| TETRUS BUILDING MATERIALS | 3025 MILL STREET | RENO, NV 89504 | |
| TITAN ELECTRICAL CONTRACTING | P.O. BOX 18202 | RENO, NV 89511 | |
| UNITED RENTALS | 800 BENNIE LANE | RENO, NV 89512 | |
| VALLEYCREST LANDSCAPE DEVEL | 24151 VENTURA BLVD. | CALABASAS, CA 91302 | |
| WASHOE COUNTY TREASURER | P.O. BOX 30039 | RENO, NV 89520-3039 | |
| WESTERN NEVADA SUPPLY | P.O. BOX 1576 | SPARKS, NV 89432 | |

An Employee of Holland & Hart LLP

4936021_1.DOC

-4-